# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRO ACOUSTICS, LLP | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 09-1076 |
| | : | |
| JUSTIN KORN | : | |
| Defendant. | : | |

## O R D ER

**AND NOW**, this 24th day of August, 2010, the Court by separate Order dated August 24, 2010, having denied defendant's Motion for Summary Judgment, **IT IS ORDERED** as following:

1. The case shall be placed on the Court's non-jury trial list on October 19, 2010; and,

2. On or before September 7, 2010, counsel shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether the case is settled. In the event the case is not settled on or before September 7, 2010, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge might be of assistance in resolving the case and, if so, by what date they will be prepared for such a conference.

                                                  **BY THE COURT:**

                                                  /s/ Jan E. DuBois
                                                            JAN E. DUBOIS, J.